UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**F I L E D**

DEC **2 1** 2007

Magistrate Judge Sidney I. Schenkier,
United States District Court

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 863 |
| | ) | |
| BELA BALINT, | ) | Hon. Sidney I. Schenkier |
| ADRIAN GHIGHINA, and | ) | |
| CRISTINA SAVU | ) | |

## GOVERNMENT'S MOTION TO SEAL COMPLAINT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, respectfully moves this Court to seal the Complaint and associated Affidavit in the captioned case until the arrest and initial appearance of defendants, or further order of this Court. In support of this Motion, the government states as follows:

1.    The investigation referred to in the Complaint and Affidavit is not public, is continuing, and is anticipated to result in the arrest of defendants. Disclosure of the Complaint or of the investigation could interfere with or impede the success of the continuing investigation, particularly if the defendants learn of the Complaint before they are apprehended.

2.    The government will seek to complete the investigation expeditiously.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

DATE:  December 21, 2007

By:_____
BRIAN HAYES
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4307