## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 863 - all | **DATE** | 12/21/2007 |
| **CASE TITLE** | United States of America vs. Bela Balint, Adrian Ghighina, Cristina Savu | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Bela Balint, Adrian Ghighina, and Cristina Savu pursuant to the complaint filed on 12/21/07. The government's motion to seal the complaint and affidavit in support thereof is granted. Enter order that the complaint and affidavit shall be sealed until such time as the warrant for arrest is executed, or further order of the Court.

■ [ For further detail see separate order(s).]                                             Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|