## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 863 - all | **DATE** | 8/1/2008 |
| **CASE TITLE** | United States of America vs. Bela Balint, Adrian Ghighina, Christina Savu | | |

**DOCKET ENTRY TEXT**

Government's motion to dismiss the complaint against all defendants is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|